Petition for Writ of Mandamus Denied and Opinion filed December 31, 2002









Petition for Writ of Mandamus Denied and Opinion filed
December 31, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01292-CV

____________

 

IN RE CHARLES L. GRABLE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On December 16, 2002, relator,
an inmate appearing pro se, filed a petition for writ of mandamus in this
Court, seeking to compel the Judge of the 55th District Court to conduct a
hearing related to the dismissal of his suit. 
See Tex. Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

 

Petition Denied
and Opinion filed December 31, 2002.

Panel consists of
Chief Justice Brister and Justices Anderson and
Fowler.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).